UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARIS MUJEZINOVIC individually and on behalf of all others similarly situated, CHARLIE MILLER individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) |
| TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) ) ) |
| JOSEPH T. BOMBA, | ) ) ) |
| Interested Party. | ) ) |

No. 1:24-cv-01827-RLY-MG

**ORDER**

Pending before the Court is Plaintiffs' Motion for Leave to Record Testimony by Videographer and Court Stenographer. [Filing No. 41.]. The Court **GRANTS THE MOTION IN PART AND DENIES IN PART**.

Plaintiffs request that the Court grant leave for them to have a videographer and court reporter appear at the hearing on the pending motion to quash. The purpose of the hearing, however, is to allow the Court to make an assessment regarding Dr. Bomba's ability to testify at a deposition, not to take testimony for this case. Therefore, the Court does not see the need for a videographer at the hearing. However, the Court recognizes that a transcript of the proceedings may prove helpful. Ultimately, the Court **GRANTS** Plaintiffs' motion [41] for a court reporter and **DENIES** the motion for a videographer.

Date: 12/2/2024

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**<u>Distribution via ECF to all Counsel of Record.</u>**