STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HARIS MUJEZINOVIC and CHARLIE
MILLER, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.                                                                      Case No. 1:24-cv-01827

THE TRUSTEES OF INDIANA
UNIVERSITY,

    Defendant.

## Notice of Intent to Request Redaction

Notice is hereby given by Non-party Joseph T. Bomba, Guardian for Dr. Bradford Bomba, Sr., ("Joseph Bomba/Guardian"), per Docket Entry 49, that he will file a Redaction Request for the transcript from the hearing held before Honorable Mario Garcia on December 3, 2024, within 21 days from the filing of the transcript with the Clerk of the Court.

    Respectfully submitted,

Date: December 16, 2024        By: /s/*Amy E. Murphy*
    Amy E. Murphy (P82369)
    Andrea M. Dalimonte (P87259)
    MILLER JOHNSON
    45 Ottawa Ave SW, Suite 1100
    Grand Rapids, MI 49503
    (616) 831-1742
    murphya@millerjohnson.com
    dalimontea@millerjohnson.com

William J. Beggs
BUNGER & ROBERTSON
211 South College Avenue
Bloomington, IN 47404
(812) 332-9295
wjbeggs@lawbr.com
*Attorneys for Non-Party Joseph Bomba/Guardian*

2