UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARIS MUJEZINOVIC individually and on behalf of all others similarly situated, CHARLIE MILLER individually and on behalf of all others similarly situated, JOHN FLOWERS, <br><br> Plaintiffs, <br><br> v. <br><br> TRUSTEES OF INDIANA UNIVERSITY, TIM GARL, <br><br> Defendants. <br><br> JOSEPH T. BOMBA, <br><br> Interested Party. | No. 1:24-cv-01827-RLY-MG |

**MINUTE ENTRY FOR MARCH 3, 2025**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Initial Pretrial Conference and heard recorded argument on several issues regarding deadlines and discovery. The Court will issue an order on the Case Management Plan separately.

Plaintiff has filed their Motion to Stay Briefing on Motions to Dismiss Pending Ruling on Plaintiffs' Motion for Leave to File Second Amended Complaint. [Filing No. 100]. Defendant Trustees of Indiana University does not oppose Plaintiffs' motion. Defendant Tim Garl opposes but has not yet filed a written motion in opposition, although the Court heard his argument against the motion on the record. Plaintiffs will file their motion to amend by **March 10, 2025.** Defendant

Trustees of Indiana University will file their response by **March 17, 2025.** Reply is due on **March 21, 2025.**

The Court discussed Defendants' position that discovery should be stayed until the pending motions to dismiss are resolved. The Court instructed Defendants to (preferably jointly, if their position is the same—which it appears to be) move to stay discovery through a formal motion, which should be filed by **March 10, 2025.**

Finally, the Court understands Plaintiffs' Motion to Compel Dr. Bomba Sr.'s Answer's to Certified Deposition Questions is fully briefed and will issue a ruling in due course.

This matter is scheduled for a telephonic status conference on **Friday, July 11, 2025 at 10:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 3/7/2025

*Mario Garcia*
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record