UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| HARIS MUJEZINOVIC, CHARLIE MILLER, and JOHN FLOWERS, individually and on behalf of all others similarly situated,<br>       Plaintiffs,<br>v.<br>THE TRUSTEES OF INDIANA UNIVERSITY, and TIM GARL, in his individual capacity,<br>       Defendants. | No. 1:24-cv-01827-RLY-MG |

**NOTICE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT**

Indiana University notifies the Court regarding its position as to Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF106]. The University does not consent to the amendment as all claims are futile (*e.g.*, as time-barred), as set forth in the University's pending motion to dismiss. [ECF94,95] Consistent with the interests of judicial economy embodied by Fed. R. Civ. P. 1, the University defers briefing further how the Second Amended Complaint is time-barred, and if the Court grants leave to amend the University will yet again move to dismiss pursuant to Rule 12(b)(6) with a full brief addressing all claims.

1

Respectfully submitted,

*/s/ John R. Maley*
John R. Maley
Dylan A. Pittman
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:     (317) 231-7464
Facsimile:      (317) 231-7433
Email:            jmaley@btlaw.com
                      dpittman@btlaw.com
                      agallagher@btlaw.com
                      cseaborn@btlaw.com

*Attorneys for Trustees of Indiana University*