UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

HARIS MUJEZINOVIC, CHARLIE MILLER, and
JOHN FLOWERS, individually and on behalf of all
others similarly situated,
        Plaintiffs,

v.                                                                        No. 1:24-cv-01827-RLY-MG

THE TRUSTEES OF INDIANA UNIVERSITY,
and TIM GARL, in his individual capacity,
        Defendants.

**UNIVERSITY'S APPENDIX FOR THEIR MOTION FOR PARTIAL STAY
OF FURTHER DISCOVERY PENDING DISMISSAL RULING**

     Indiana University respectfully submits this Appendix consisting of evidence in support of its Motion for Partial Stay of Further Discovery Pending Dismissal Ruling:

**TABLE OF CONTENTS**

| *Description* | *Exhibit* |
|---|---|
| Plaintiffs' 12/30/2024 First Requests for Production of Documents to IU | 1 |
| Plaintiffs' 12/30/2024 First Requests for Admission to IU | 2 |
| Plaintiffs' 12/30/2024 First Set of Interrogatories to IU | 3 |
| Plaintiffs' 11/13/2024 Indiana Tort Claims Act Notice | 4 |
| Parties' Joint Statement (as submitted on 2/24/2025) outlining individual positions on IU's proposed stay | 5 |
| Declaration of R. Anthony Prather | 6 |
| Declaration of John R. Maley | 7 |

Respectfully submitted,

/s/ *John R. Maley*
John R. Maley
Dylan A. Pittman
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:	(317) 231-7464
Facsimile:	(317) 231-7433
Email:	jmaley@btlaw.com
	dpittman@btlaw.com
	agallagher@btlaw.com
	cseaborn@btlaw.com

*Attorneys for Trustees of Indiana University*

2