**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| HARIS MUJEZINOVIC and CHARLIE MILLER, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 1:24-cv-01827-RLY-MG |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' FIRST REQUESTS FOR ADMISSION TO**
**DEFENDANT THE TRUSTEES OF INDIANA UNIVERSITY**

Plaintiffs Haris Mujezinovic and Charlie Miller, individually and on behalf of all others similarly situated ("Plaintiffs"), by counsel, and pursuant to Rule 36 of the Federal Rules of Civil Procedure, requires answers to the following Requests for Admission from Defendant The Trustees of Indiana University ("Defendant" or "IU"). The matters set forth in these requests will be deemed admitted unless a written answer or objection addressed to each matter is served on counsel for Plaintiffs within thirty (30) days after the date of service. Plaintiff incorporates by reference the "Definitions" provided within Plaintiffs' First Set of Interrogatories and concurrently served upon the Defendant.

**REQUESTS FOR ADMISSION**

**REQUEST NO. 1:** Admit that Dr. Bradford Bomba, Sr. served as a team physician for the IU men's basketball team.

**RESPONSE:**

**REQUEST NO. 2:** Admit that Dr. Bradford Bomba, Sr.'s tenure as a team physician for the IU men's basketball team spanned from 1979-1999.

**RESPONSE:**

**REQUEST NO. 3:** Admit that IU compensated Dr. Bradford Bomba, Sr. for serving as a team physician for IU men's basketball team.

**RESPONSE:**

**REQUEST NO. 4:** Admit that IU required student athletes to receive an annual physical examination to be eligible to play on the IU men's basketball team.

**RESPONSE:**

**REQUEST NO. 5:** Admit that IU referred men's basketball team members to Dr. Bradford Bomba, Sr., for annual physical examinations.

**RESPONSE:**

**REQUEST NO. 6:** Admit that IU referred men's basketball team members to Dr. Bradford Bomba, Sr. when a player was sick.

**RESPONSE:**

**REQUEST NO. 7:** Admit that IU referred men's basketball team members to Dr. Bradford Bomba, Sr. when a player was injured.

**RESPONSE:**

**REQUEST NO. 8:** Admit that during Dr. Bradford Bomba, Sr.'s tenure as a team physician, Tim Garl was one of the IU employees who coordinated IU men's basketball players' required annual physical examinations.

**RESPONSE:**

**REQUEST NO. 9:** Admit that during Dr. Bradford Bomba, Sr.'s tenure as a team physician, Tim Garl oversaw the medical team for the IU men's basketball team.

**RESPONSE:**

**REQUEST NO. 10:** Admit that annual physical examinations for men's basketball players, including those conducted by Dr. Bradford Bomba, Sr., took place at facilities on the IU Bloomington campus.

**RESPONSE:**

**REQUEST NO. 11:** Admit that during the time they played basketball for IU, no players were forty or more years old.

**RESPONSE:**

**REQUEST NO. 12:** Admit that, in his capacity as team physician to the IU men's basketball team, Dr. Bradford Bomba, Sr. traveled with the team outside of the State of Indiana.

**RESPONSE:**

**REQUEST NO. 13:** Admit that, in his capacity as team physician to the IU men's basketball team, Dr. Bradford Bomba, Sr. provided medical care to IU men's basketball players in locations outside of the State of Indiana.

**RESPONSE:**

**REQUEST NO. 14:** Admit that IU has, from 1979 to present, had written policies that address the prevention of sex-based harassment of students enrolled at IU.

**RESPONSE:**

**REQUEST NO. 15:** Admit that IU athletics program staff and contracted agents have been, from 1979 to present, required to comply with IU's written policies that address the prevention of sex-based harassment of students enrolled at IU.

**RESPONSE:**

**REQUEST NO. 16:** Admit that IU provided Dr. Bradford Bomba, Sr. with a copy of, or that Dr. Bradford Bomba, Sr. otherwise had access to, IU's written policies addressing the prevention of sex-based harassment of students enrolled at IU.

**RESPONSE:**

**REQUEST NO. 17:** Admit that the action of performing a medically unnecessary digital rectal exam on a male basketball player does not comply with IU's policies that address the prevention of sex-based harassment of students enrolled at IU.

**RESPONSE:**

**REQUEST NO. 18:** Admit that Dr. Bradford Bomba, Sr. regularly performed digital rectal examinations on IU student athletes in the course of performing physical examinations.

**RESPONSE:**

**REQUEST NO. 19:** Admit that Dr. Bradford Bomba, Sr. was the only physician employed by, contracted with, or otherwise affiliated with the IU men's basketball program who regularly performed digital rectal examinations on IU student athletes in the course of performing physical examinations.

**RESPONSE:**

## ALTERNATIVE INTERROGATORY

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, if your response to any of the foregoing requests for admission was anything other than an unqualified admission, please describe in detail the factual basis for your denial, qualified admission, objection or other response, including the specific facts or evidence upon which you rely in making that denial, qualified admission, objection or other response.

**ANSWER:**

## ALTERNATIVE REQUEST FOR PRODUCTION

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, if your response to any of the foregoing requests for admission was anything other than an unqualified admission, please provide complete copies of all documents or exhibits which you claim support your denial, qualified admission, objection, or other response.

**RESPONSE:**

## **VERIFICATION**

I , _____, state that I am above the age of majority and have personal knowledge of and am competent to testify to the above matters, and that these responses are true to the best of my belief and knowledge.

_____  
Date

_____  
Signature

_____  
Title

Dated: December 30, 2024						Respectfully submitted,

						*/s/ Kathleen A. DeLaney*
						Kathleen A. DeLaney (#18604-49)
						Matthew R. Gutwein (#16414-49)
						Alexander J. Pantos (#36925-53)
						DELANEY & DELANEY LLC
						3646 Washington Blvd.
						Indianapolis, IN 46205

						*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2024, a copy of the foregoing was served via email to the following counsel:

John Maley
Amanda Gallagher
Dylan Pittman
Charity Seaborn
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
john.maley@btlaw.com
amanda.gallagher@btlaw.com
dylan.pittman@btlaw.com
charity.seaborn@btlaw.com

						*/s/ Kathleen A. DeLaney*
						Kathleen A. DeLaney