DeLaney
& DeLaney LLC
ATTORNEYS AT LAW

November 13, 2024

**Via Certified Mail, Return Receipt Requested**

The Trustees of Indiana University
Attn. W. Quinn Buckner, Chair
107 S. Indiana Avenue
Bloomington, IN 47405

Indiana Political Subdivision Risk Management Commission
311 West Washington Street, Suite 103
Indianapolis, IN 46204

## CLASS ACTION TORT CLAIM NOTICE

Re:   Tort Claim Notice
      Claimants:   Haris Mujezinovic, Charlie Miller, and John Flowers, individually
                   and on behalf of all others similarly situated
      Dates of Loss: Fall 1981 – Fall 1982 (for Flowers)
                    Fall 1994 – Fall 1997 (for Miller)
                    Fall 1995 – Fall 1997 (for Mujezinovic)
                    Fall 1979 – Fall 2000 (for all potential class members)

Dear Mr. Buckner:

Our office represents Haris Mujezinovic, Charlie Miller, and John Flowers. Please accept this letter as a Notice of Tort Claim against a political subdivision of the State of Indiana, the Trustees of Indiana University, pursuant to I.C. § 34-13-3-8. Mr. Mujezinovic, Mr. Miller, and Mr. Flowers are submitting this Notice of Tort Claim on their own behalf and on behalf of a class of all others similarly situated who have suffered similar losses or injuries as a result of the tortious actions described in this Notice of Tort Claim.[1]

If for any reason you feel that this notice does not constitute full and complete notice of our clients' and the class's claim pursuant to the Indiana Torts Claims Act, or if you believe that some other agency or department should be notified, please contact our office immediately, and we will provide any additional information or notice required.

In support of this tort claim and in accordance with I.C. § 34-13-3-10, Haris Mujezinovic, Charlie Miller, and John Flowers provide the following information:

---

[1] *Budden v. Board of Sch. Comm'rs*, 698 N.E.2d 1157 (Ind. 1998).

1

1. **Names and Current Residences of Claimants:**

Haris Mujezinovic
4005 N. Claybrooke Court
Bloomington, IN 47408

Charlie Miller
2102 Fawn Ridge Trail
Carrollton, TX 75010

John Flowers
7141 East Rancho Vista Dr., Unit 4010
Scottsdale, AZ 85251

2. **Date & Time of Loss:** While members of the Indiana University Men's Basketball Team, the class of persons who suffered losses each underwent physical examinations by Dr. Bradford Bomba, Sr., who served as the IU Men's Basketball Team Physician for decades from approximately 1979-2000. Each physical examination by Dr. Bomba, Sr. included medically unnecessary and physically abusive digital anal, rectal, prostate, and/or genital examinations. For Mujezinovic, Miller, and Flowers, their interactions with Dr. Bomba, Sr. occurred in Fall 1981 through Fall 1982 (for Flowers), Fall 1994 through Fall 1997(for Miller) and Fall 1995 through Fall 1997 (for Mujezinovic).

3. **Location of Loss:** Bloomington, Indiana.

4. **Dollar Amount of Loss:** The dollar amount of the loss is not ascertainable at this time, as injuries and treatment remain ongoing. Claimants intend to seek damages for emotional distress, psychological harm, reputational harm, and other economic damages including medical treatment and counseling.

5. **Political Subdivision Involved:** The Trustees of Indiana University.

6. **Names & Addresses (if known) of all persons (other than claimant) involved:**

    a. Dr. Bradford Bomba, Sr., former Team Physician, Indiana University Men's Basketball, approx. 1979-1999; current address unknown.
    b. Tim Garl; Head Athletic Trainer, Indiana University Men's Basketball, 1981 – present; currently employed by Indiana University, address unknown.
    c. Scott Dolson, Vice President and Director of Intercollegiate Athletics, 2020-present; currently employed by Indiana University, current address unknown.
    d. All former Indiana University Men's Basketball players from 1979-2000 who had one or more physical examinations with Dr. Bomba, Sr., including but not limited to any of the following individuals, all of whom constitute potential class members (current addresses unknown):
        i. Isiah Thomas
        ii. Jim Thomas

iii. Chuck Franz
iv. Randy Wittman
v. Ted Kitchel
vi. Tony Brown
vii. Landon Turner
viii. Steve Risley
ix. Glen Grunwald
x. Butch Carter
xi. Mike Woodson
xii. Phil Isenbarger
xiii. Ray Tolbert
xiv. Steve Bouchie
xv. Eric Kirchner
xvi. Craig Bardo
xvii. Mike LaFave
xviii. Dan Dakich
xix. Winston Morgan
xx. Uwe Blab
xxi. John Flowers
xxii. Rick Rowray
xxiii. Stew Robinson
xxiv. Cam Cameron
xxv. Tracey Foster
xxvi. Mike Giomi
xxvii. Steve Alford
xxviii. Daryl Thomas
xxix. Todd Meier
xxx. Marty Simmons
xxxi. Courtney Wittle
xxxii. Mangus Pelkowski
xxxiii. Delray Brooks
xxxiv. Steve Eyl
xxxv. Kreigh Smith
xxxvi. Joe Hillman
xxxvii. Brian Sloan
xxxviii. Todd Jadlow
xxxix. Rick Calloway
xl. Andre Harris
xli. Jeff Oliphant
xlii. Tony Freeman
xliii. Dean Garrett
xliv. Keith Smart
xlv. Dave Minor
xlvi. Jay Edwards
xlvii. Lyndon Jones
xlviii. Mark Robinson

xlix. Chuckie White
l. Mike D'Aloisio
li. Jamal Meeks
lii. Matt Nover
liii. Eric Anderson
liv. Greg Graham
lv. Chris Reynolds
lvi. Todd Leary
lvii. Pat Graham
lviii. Lawrence Funderburke
lix. Calbert Cheaney
lx. Chris Lawson
lxi. Damon Bailey
lxii. Pat Knight
lxiii. Brian Evans
lxiv. Alan Henderson
lxv. Todd Lindeman
lxvi. Malcom Sims
lxvii. Robert Foster
lxviii. Sherron Wilkerson
lxix. Richard Mandeville
lxx. Steve Hart
lxxi. Robbie Eggers
lxxii. Charlie Miller
lxxiii. Neil Reed
lxxiv. Michael Hermon
lxxv. Rob Hodgson
lxxvi. Andrae Patterson
lxxvii. Chris Rowles
lxxviii. Larry Richardson
lxxix. Lou Moore
lxxx. Haris Mujezinovic
lxxxi. Luke Jimenez
lxxxii. Michael Lewis
lxxxiii. A.J. Guyton
lxxxiv. Jason Collier
lxxxv. Luke Recker
lxxxvi. Rob Turner
lxxxvii. William Gladness
lxxxviii. Kirk Haston
lxxxix. Tom Geyer
xc. Antwaan Randle El
xci. Dane Fife
xcii. Kyle Hornsby
xciii. Jarrad Odle
xciv. Lynn Washington

   xcv. Tom Coverdale
   xcvi. George Leach
   xcvii. Jeff Newton
  e. Robert M. Knight, former Head Coach, IU Men's Basketball team, 1971-2000 (deceased).
  f. Any and all IU Men's Basketball assistant coaches, athletic trainers, medical staff, and other staff from 1979-2000, including but not limited to the following individuals (current addresses unknown):
   i. Jim Crews
   ii. Jene Davis
   iii. Gerry Gimelstob
   iv. Tom Miller
   v. Roy Bates
   vi. Joby Wright
   vii. Kohn Smith
   viii. Royce Waltman
   ix. Ron Felling
   x. Tates Locke
   xi. Dan Dakich
   xii. Don Donoher
   xiii. Norm Ellenberger
   xiv. Craig Hartman
   xv. Mike Davis
   xvi. John Treloar
   xvii. Pat Knight
   xviii. Lawrence D. Rink, MD, FACC
   xix. Steven K. Alhfeld, MD
   xx. Bradford Bomba, Jr., MD

7. **Residences of Claimants at Time of Loss**: Indiana University, Bloomington, Indiana

Haris Mujezinovic

(From 1995-1996)
458 Varsity Lane
Bloomington, IN 47408

(From 1997-1998)
706 S. Rose Ave.
Bloomington, IN 47401

Charlie Miller

(From 1994-1995)
125 Jordan Ave
Bloomington, IN 47406

(From 1995-1996)
3210 E John Hinkle Pl
Bloomington, IN 47408

(From 1996-1997)
218 E. Burks Dr.
Bloomington, IN 47401

(From 1997-1998)
321 E 14th St., Apt. 12
Bloomington, IN 47408

John Flowers

125 Jordan Ave
Bloomington, IN 47406

### 8. Factual Circumstances:

While members of the Indiana University Men's Basketball Team, upon information and belief, the players listed above in Paragraph 6(d) underwent physical examinations by Dr. Bradford Bomba, Sr., who served as the IU Men's Basketball Team Physician for decades from approximately 1979-2000. Each time Dr. Bomba, Sr. examined a student-athlete, he performed medically unnecessary and physically abusive digital anal, rectal, prostate, and/or genital examinations. IU required the student-athletes to undergo physical examinations at least once a year, in the fall in connection with the start of the men's basketball season. Some of these players were only seventeen years old when they first experienced this abuse by Dr. Bomba, Sr. IU required the student-athletes to see Dr. Bomba, Sr. for these examinations, as he was the employed and/or contracted Men's Basketball Team Physician at IU.

Miller began attending Indiana University ("IU") as a freshman student athlete in the Fall of 1994. Miller was seventeen years old at the time. Miller graduated from IU in the Spring of 1998. Miller played on the IU Men's Basketball team during the 1994-95, 1995-96, 1996-97, and 1997-98 seasons. Miller experienced abuse at the hands of Dr. Bomba, Sr. four times, during each of his annual physical examinations.

Mujezinovic began attending IU as a transfer student athlete in the Fall of 1995. Mujezinovic was twenty years old at the time. Mujezinovic graduated from IU in the Spring of 1997. Mujezinovic played on the IU Men's Basketball team during the 1995-96 and 1996-97 seasons. Mujezinovic experienced abuse at the hands of Dr. Bomba, Sr. two times.

Flowers began attending IU as a freshman student athlete in the Fall of 1981. Flowers was nineteen years old at the time. Flowers played on the IU Men's basketball team during the 1981-82 season, after which he transferred to University of Nevada, Las Vegas (UNLV). Flowers experienced abuse at the hands of Dr. Bomba, Sr. two times.

As a condition of continued participation in IU's basketball program, IU men's basketball players were required to submit to annual physicals with doctors chosen and provided by IU. Upon enrollment at IU and joining the basketball team, Mujezinovic, Flowers, and Miller were required to submit to a physical examination with Dr. Bradford Bomba, Sr. IU Head Men's Basketball Trainer Tim Garl assigned players to Dr. Bomba, Sr. or his son, Dr. Bradford Bomba, Jr., for their annual physicals. IU did not allow an individual player to choose which doctor he saw for his required annual physical examination. Dr. Bomba, Sr. subjected players to unnecessary physically abusive digital anal, rectal, prostate, and/or genital examinations. Dr. Bomba, Jr. did not.

Mujezinovic first learned of his impending appointment with Dr. Bomba, Sr. when he entered the team locker room at Assembly Hall and saw his name on a board listing the dates on which each player was required to attend his physical examination and which physician he would see. When Mujezinovic's teammates saw that he was assigned to Dr. Bomba, Sr., they warned Mujezinovic to prepare for "the finger."

During Mujezinovic's first appointment with Dr. Bomba, Sr., Dr. Bomba, Sr. digitally penetrated Mujezinovic's rectum under the guise of performing a prostate examination.

Based on blood test results from his first physical, IU directed Mujezinovic to return to Dr. Bomba, Sr. for a follow-up appointment. At a second visit, Dr. Bomba, Sr. digitally extracted a stool sample from Mujezinovic. Dr. Bomba, Sr. denied Mujezinovic any opportunity to provide a stool sample by other means, without the need for Dr. Bomba, Sr. to digitally penetrate his rectum.

IU required Mujezinovic to see Dr. Bomba, Sr. again the following year for his annual physical. While Mujezinovic waited for Dr. Bomba, Sr. to arrive in the examination room, Mujezinovic saw a bottle of KY lubricant on Dr. Bomba, Sr.'s counter. Mujezinovic hid the bottle of lubrication on a high shelf inside a closed cabinet. When Dr. Bomba, Sr. arrived to perform the physical, he noted that the bottle of KY lubricant was missing. He said to Mujezinovic, "if you'd like, we can do it without the [lubrication]." When Mujezinovic declined, Dr. Bomba, Sr. said they could "skip" the rectal examination for that year.

Garl assigned Miller to see Dr. Bomba, Sr. for his required annual physical examination each of the four years Miller participated in the IU Men's Basketball program. Miller had four annual physical examinations with Dr. Bomba, Sr. Dr. Bomba, Sr. digitally penetrated Miller's rectum during each annual physical examination.

Garl assigned Flowers to see Dr. Bomba, Sr. for his required annual physical examination twice, at the beginning of his freshman and sophomore years. Dr. Bomba, Sr. digitally penetrated Flowers's rectum during each annual physical examination. Flowers's decision to transfer to UNLV was motivated, in part, by Dr. Bomba, Sr.'s repeated sexual assaults.

Dr. Bomba, Sr.'s routine sexual assaults were openly discussed by the IU Men's Basketball players in the locker room in the presence of IU employees, including assistant coaches, athletic trainers, and other IU Men's Basketball staff. IU Men's Basketball players and staff referred to Dr. Bomba, Sr. as "Frankenstein" due to the large size of his hands and fingers.

There was no articulable, medically necessary reason for Dr. Bomba, Sr. to perform anal, rectal, or prostate examinations on healthy, highly active college student athletes. General medical guidelines provide that prostate examinations are recommended, at the earliest, for men aged 40 or older. In 1980 (before Flowers had enrolled at IU or had any physical examinations with Dr.

7

Bomba, Sr.), the American Cancer Society recommended that men aged 40 years and older be screened for prostate cancer through digital rectal examination annually. In 1992 (before Mujezinovic and Miller had enrolled at IU or had any physical examinations with Dr. Bomba, Sr.), the American Cancer Society recommended that men aged 50 years and older be screened for prostate cancer through digital rectal examination. In 1997, the American Cancer Society recommended that screening may begin for men in "high risk" groups at age 45.

Dr. Bomba, Sr.'s actions, as an employee and/or contractor of IU, and within the scope of his employment and/or contract with IU, constituted battery, sexual assault, and sex-based harassment.

Upon information and belief, multiple agents of the IU Athletic Department or Men's Basketball program, including but not limited to Head Trainer Tim Garl, Head Coach Bob Knight, assistant coaches, athletic trainers, medical care team, and other Men's Basketball staff, at all times within the scope of their employment or agency, acted negligently, recklessly, intentionally, and/or in a deliberately indifferent manner, or failed to act when they had a duty to act in a negligent, reckless, intentional, and/or deliberately indifferent manner, in causing or contributing to the injuries of Mujezinovic, Flowers, Miller, and all other similarly situated Men's Basketball players from 1979-2000. Upon information and belief, IU, by and through its aforementioned agents, had actual knowledge of Dr. Bomba, Sr.'s sexual assaults of student athletes, had authority to take corrective action to end Dr. Bomba, Sr.'s sexual assaults of student athletes, and never did so.

Neither Mujezinovic, Flowers, nor Miller knew, or had reason to know, that IU injured them until they consulted with legal counsel in 2024. As lay people without legal or medical training, it would have been difficult for Mujezinovic, Flowers, or Miller to know, or have reason to know, that Dr. Bomba, Sr.'s sexual assaults, or IU's deliberate indifference towards the sexual assaults, injured Claimants in a legally actionable way.

Pursuant to I.C. § 34-13-3-11, Claimants request that you notify their counsel, in writing of your approval or denial of this claim within ninety (90) days from the date of this Notice.

Sincerely,

*Kathleen A. DeLaney*

Kathleen A. DeLaney
Matthew R. Gutwein
Alexander J. Pantos
Attorneys for Claimants Haris Mujezinovic and Charlie Miller

cc:  Haris Mujezinovic
     Charlie Miller
     John Flowers
     John Maley, john.maley@btlaw.com
     Dylan Pittman, dylan.pittman@btlaw.com
     Charity Seaborn, charity.seaborn@btlaw.com
     Amanda Gallagher, Amanda.gallagher@btlaw.com