UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

HARIS MUJEZINOVIC, CHARLIE MILLER, and
JOHN FLOWERS, individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.                                                  No. 1:24-cv-01827-RLY-MG

THE TRUSTEES OF INDIANA UNIVERSITY,
and TIM GARL, in his individual capacity,

        Defendants.

## DECLARATION OF R. ANTHONY PRATHER

I, R. Anthony Prather, being a competent adult, affirm under penalties of perjury to the following facts of which I have personal knowledge.

**1)** Since February 22, 2022, I have served as Indiana University's Vice President and General Counsel. In that role, I serve as IU's Chief Legal officer, leading and directing representation of IU in all legal matters. I am also legal advisor to the University's President, its Board of Trustees, and senior University administrators, as well as the primary resource person on legal matters of institutional procedure and governance. I direct the University's in-house counsel and outside counsel retained to represent the University's interests. I further oversee IU's offices of Institutional Equity, University Compliance, Internal Audit, and have joint oversight of the University Chief Privacy Officer in coordination with the Vice President for IT & CIO.

**2)** The University is a multi-campus system with locations across Indiana, including core campuses in Bloomington and Indianapolis; regional campuses in Richmond (IU East), Kokomo (IU Kokomo), Gary (IU Northwest), South Bend (IU South Bend), New Albany (IU Southeast); and

regional centers in Columbus (IU Columbus) and Fort Wayne (IU Fort Wayne). [*See* https://www.iu.edu/about/glance.html, last accessed 3/14/2025]

3) As IU reports [*see* https://www.iu.edu/about/glance.html, last accessed 3/14/2025], the University has:

- a) more than 68,000 degree-seeking undergraduate students (almost 50,000 of whom are at IU Bloomington);
- b) more than 20,000 graduate students;
- c) more than 6,500 international students;
- d) more than 21,000 faculty and staff;
- e) More than 44,500 total affiliated IU employees (including students and temporary workers);
- f) 40 Division I sports teams at IU Bloomington and IU Indianapolis alone; and
- g) 65+ National Association of Intercollegiate Athletics athletic teams across six regional campuses.

4) As Vice President & General Counsel, I oversee the University's in-house legal department, which currently includes 12 counsels: three Senior Leadership attorneys (myself and two Vice President and Deputy General Counsels); two Senior Associate General Counsels; three Associate General Counsels; and four Assistant General Counsels. There are also three law school graduates in IU's legal department who are Law Fellows who earned their law degrees in the past several years; they are part of the department's Law Fellow Program, which provides legal development opportunities for new law school graduates.

5) The University, and by extension its small in-house legal department just described, regularly face and address an extraordinary number and breadth of legal areas and issues, including academic and student affairs, athletics, contracts, copyright and intellectual property, data privacy and

2

security, disabilities and disability-related accommodations, free speech, international programs, immigration, and labor and employment matters. The legal department also assists in coordinating the University's responses to subpoenas and open records requests, as well as preparing responses to complaints in connection with various state and federal agencies. The legal department's heavy workload is further heightened by ensuring compliance with ever-changing governmental directives and regulations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed this 14th day of March, 2025.

*s/ R. Anthony Prather*
R. Anthony Prather
