**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| HARIS MUJEZINOVIC, CHARLIE MILLER, and JOHN FLOWERS, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) No. 1:24-cv-01827-RLY-MG |
| v. | )<br>) |
| THE TRUSTEES OF INDIANA UNIVERSITY and TIM GARL, in his individual capacity, | )<br>)<br>)<br>) |
| Defendants. | ) |

**TIM GARL'S NOTICE OF JOINDER REGARDING**
**INDIANA UNIVERSITY'S MOTION FOR PARTIAL STAY**
**OF FURTHER DISCOVERY PENDING DISMISSAL RULING**

Defendant Tim Garl respectfully notifies this Court of his position regarding Indiana University's Motion for Partial Stay of Further Discovery Pending Dismissal Ruling ("Motion"). *See* Dkt. 109. Mr. Garl joins the Motion for the reasons stated in the accompanying brief. *See* Dkt. 111. However, consistent with the interests of judicial economy contained in Fed. R. Civ. P. 1, Mr. Garl merely joins the Motion, rather than submitting additional supporting briefing, as any stay as to further discovery on Indiana University, will necessarily extend to Mr. Garl, who is an employee of Indiana University.

1

Dated: March 18, 2025                                          Respectfully submitted,


                                                               /s/ *Christopher D. Lee*


| | |
|---|---|
| DINSMORE & SHOHL LLP | Christopher D. Lee, Atty. No. 17424-47 |
| 211 N. Pennsylvania Street | Daniel R. Kelley, Atty. No. 30706-49 |
| One Indiana Square, Suite 1800 | Andrew D. Dettmer, Atty. No. 35202-49 |
| Indianapolis, IN 46204 | Courtney N. Strickland, Atty. No. 37885-86 |
| T.     (317) 639-6151 | |
| F.     (317) 639-6444 | |

Christopher.Lee@Dinsmore.com
Daniel.Kelley@Dinsmore.com
Andrew.Dettmer@Dinsmore.com
Courtney.Strickland@Dinsmore.com          *Counsel for Defendant Tim Garl*


## Certificate of Service

I certify that a copy of the foregoing was served on counsel of record via the Court's CM/ECF system on March 18, 2025.

                                                               /s/ *Christopher D. Lee*
                                                                 Christopher D. Lee