## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| HARIS MUJEZINOVIC, CHARLIE MILLER, and JOHN FLOWERS, individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br>v.<br>THE TRUSTEES OF INDIANA UNIVERSITY, and TIM GARL, in his individual capacity,<br>    Defendants. | No. 1:24-cv-01827-RLY-MG |

## UNIVERSITY'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL STAY OF FURTHER DISCOVERY PENDING DISMISSAL RULING

Defendant Trustees of Indiana University respectfully submit this Notice that IU intends to timely file by March 27, 2025, a Reply Brief in support of its Motion [ECF109] for Partial Stay of Further Discovery Pending Dismissal Ruling.

Respectfully submitted,

/s/ John R. Maley
John R. Maley
Dylan A. Pittman
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 231-7464
Facsimile:  (317) 231-7433
Email:  jmaley@btlaw.com
        dpittman@btlaw.com
        agallagher@btlaw.com
        cseaborn@btlaw.com

*Attorneys for Trustees of Indiana University*