**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| HARIS MUJEZINOVIC, CHARLIE MILLER, and JOHN FLOWERS, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:24-cv-01827-RLY-MG |
| v. | ) ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY and TIM GARL, in his individual capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

**TIM GARL'S NOTICE OF JOINDER REGARDING INDIANA UNIVERSITY'S**
**RESPONSE TO PLAINTIFFS' REQUEST TO SUBMIT SECOND SURREPLY**

Defendant Tim Garl respectfully notifies this Court of his position regarding Plaintiffs' Motion to Submit a Second Surreply ("Motion"). *See* Dkt. 150. On May 5, 2025, Indiana University filed its Response to Plaintiffs' Motion ("Response"). *See* Dkt. 151. In its Response, Indiana University argues the mere issuance of the independent Jones Day Report does not warrant allowing discovery pending the Court's 12(b)(6) decision. *See generally id*. Mr. Garl joins Indiana University's Response for the reasons stated therein. *See id*. But consistent with the interests of judicial economy contained in Fed. R. Civ. P. 1, Mr. Garl merely joins the Response, rather than submitting additional briefing as Mr. Garl's position is aligned with Indiana University's position.

Dated: May 5, 2025                                        Respectfully submitted,

                                                         /s/ *Christopher D. Lee*

DINSMORE & SHOHL LLP                    Christopher D. Lee, Atty. No. 17424-47
211 N. Pennsylvania Street              Daniel R. Kelley, Atty. No. 30706-49
One Indiana Square, Suite 1800          Andrew D. Dettmer, Atty. No. 35202-49
Indianapolis, IN 46204
T.      (317) 639-6151
F.      (317) 639-6444

Christopher.Lee@Dinsmore.com
Daniel.Kelley@Dinsmore.com
Andrew.Dettmer@Dinsmore.com            *Counsel for Defendant Tim Garl*


**Certificate of Service**

        I certify that a copy of the foregoing was served on counsel of record via the Court's

CM/ECF system on May 5, 2025.


                                        /s/ *Christopher D. Lee*
                                          Christopher D. Lee