**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| HARIS MUJEZINOVIC, CHARLIE MILLER, JOHN FLOWERS, and LARRY RICHARDSON, JR., individually and on behalf of all others similarly situated, <br>    Plaintiffs, <br> v. <br> THE TRUSTEES OF INDIANA UNIVERSITY, and TIM GARL, in his individual capacity, <br>    Defendants. | No. 1:24-cv-01827-RLY-MG |

**UNOPPOSED MOTION OF UNIVERSITY FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Trustees of Indiana University (IU), under S.D. Ind. L.R. 7-1(e)(2), respectfully request leave to file a brief comprising no more than 20 pages (excluding any tables of contents or authorities, caption, or signature page) for IU's forthcoming Reply in Support of Its Motion to Dismiss [ECF142] Plaintiffs' Second Amended Complaint. Despite ongoing best efforts to keep the Reply succinct, IU's defense counsel anticipates that the five additional pages (beyond the 15-page limit) will be necessary, given extraordinary and compelling reasons including that the underlying dispositive-motion briefing (*e.g.*, Plaintiffs' 27-page Response Brief [ECF159]) involves multiple arguments on multiple issues of federal and state law regarding Plaintiffs' operative amended (185-paragraph) pleading that adds several claims and a fourth Plaintiff. In response to the June 2, 2025 email inquiry of IU's defense counsel, Plaintiffs' and Mr. Garl's respective counsel confirmed that there is no objection to this request.

Accordingly, IU respectfully requests leave to file a Reply (on its dismissal motion [ECF142]) of no more than 20 pages, excluding any table of contents/authorities or caption/signature page.

        Respectfully submitted by counsel for Defendant IU,
        */s/ John R. Maley*
        John R. Maley, Dylan A. Pittman, Amanda J. Gallagher, Charity Seaborn
        BARNES & THORNBURG LLP
        317.231.7464; jmaley@btlaw.com