UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARIS MUJEZINOVIC individually and on behalf of all others similarly situated, CHARLIE MILLER individually and on behalf of all others similarly situated, JOHN FLOWERS, LARRY RICHARDSON, JR., <br><br>           Plaintiffs, <br><br>           v. <br><br>TRUSTEES OF INDIANA UNIVERSITY, TIM GARL, <br><br>           Defendants. | No. 1:24-cv-01827-TWP-MG |

**MINUTE ENTRY FOR JULY 11, 2025**
**STATUS CONFERENCE**
**HON. MAGISTRATE JUDGE MARIO GARCIA**

The parties appeared by counsel for a telephonic status conference.

This matter is scheduled for a telephonic status conference on **Wednesday, November 19, 2025 at 10:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 7/11/2025

                                                    Mario Garcia
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

**Distribution via ECF to all counsel of record**