**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| HARIS MUJEZINOVIC individually and on behalf of all others similarly situated, CHARLIE MILLER individually and on behalf of all others similarly situated, JOHN FLOWERS, LARRY RICHARDSON, JR., | ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | No. 1:24-cv-01827-TWP-MG |
| TRUSTEES OF INDIANA UNIVERSITY, TIM GARL, | ) ) ) ) |  |
| Defendants. | ) ) ) |  |
| JOSEPH T. BOMBA, | ) ) ) |  |
| Interested Party. | ) |  |

**FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, now enters

its **FINAL JUDGMENT**.

**Judgment is entered** in favor of Defendant the Trustees of Indiana University and against

Plaintiffs on Counts I and II of the Second Amended Complaint brought under Title IX of the

Educational Amendments Act of 1972, 20 U.S.C. §§ 1681–89, and Counts I and II are **dismissed**

**with prejudice**.

**Judgment is entered** in favor of Defendant Tim Garl, and against Plaintiffs, on Count III

of the Second Amended Complaint brought under 42 U.S.C. § 1983, and Count III is **dismissed**

**with prejudice**.

The Court relinquishes jurisdiction over Plaintiffs' remaining state law claims against Defendants, and Counts IV, V, VI, and VII are **dismissed without prejudice**.

This action is **TERMINATED**.

Dated: 3/31/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

William J. Beggs
BUNGER & ROBERTSON
wjbeggs@lawbr.com

Annavieve C. Conklin
DELANEY & DELANEY LLC
ACONKLIN@DELANEYLAW.NET

Andrea M. Dalimonte
Miller Johnson
dalimontea@millerjohnson.com

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Andrew David Dettmer
Dinsmore & Shohl LLP - Indianapolis
andrew.dettmer@dinsmore.com

David G. Field
SCHULTZ & POGUE LLP
dfield@schultzpoguelaw.com

Amanda Jane Gallagher
Barnes & Thornburg LLP
Amanda.Gallagher@btlaw.com

2

Matthew R. Gutwein
DELANEY & DELANEY LLC
mgutwein@delaneylaw.net

Daniel R. Kelley
DINSMORE & SHOHL LLP (Indianapolis)
daniel.kelley@dinsmore.com

Christopher D. Lee
Dinsmore & Shohl
Christopher.Lee@Dinsmore.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Amy Elizabeth Murphy
Miller Johnson
murphya@millerjohnson.com

Alexander James Pantos
DeLaney & DeLaney
apantos@delaneylaw.net

Jon M. Pinnick
Schultz & Pogue LLC
jpinnick@schultzpoguelaw.com

Dylan Pittman
BARNES & THORNBURG, LLP (Indianapolis)
dylan.pittman@btlaw.com

Charity Seaborn
Barnes & Thornburg LLP
Charity.Seaborn@btlaw.com

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com